UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

SAMUEL SELIGSON,

    Plaintiff,

-vs.-

NEWSMAX MEDIA, INC.,

    Defendant.

**Case No. 9:23-cv-81148-AMC**

## JOINT NOTICE OF SETTLEMENT

Plaintiff Samuel Seligson ("Plaintiff") and Defendant Newsmax Media, Inc. ("Defendant"), (collectively referred to herein as the "Parties"), by and through their respective undersigned counsel, and pursuant to S.D. Fla. L.R. 16.4, hereby notify the Court that the Parties have reached a settlement in principle and are in the process of documenting and performing their settlement.

In light of the settlement in principle, the Parties respectfully request that the Court adjourn all pending case deadlines and allow the Parties sixty (60) days to file the necessary dismissal documents pursuant to Fed. R. Civ. P. 41.

Respectfully submitted this 20th day of September, 2023,

| **SANDERS LAW GROUP** | **DUANE MORRIS LLP** |
|---|---|
| By:   */s/ Craig Sanders* | By:  */s/ Julian A. Jackson-Fannin* |
| Craig Sanders, Esq. (Fl. Bar 0985686) | Julian A. Jackson-Fannin, Esq. |

| | |
|---|---|
| 333 Earle Ovington Blvd, Suite 402<br>Uniondale, NY 11553<br>Tel: (516) 203-7600<br>Email: csanders@sanderslaw.group<br>*Attorneys for Plaintiff* | Florida Bar No.: 0093220<br>201 S. Biscayne Blvd.<br>Suite 3400<br>Miami, Florida 33131-4325<br>Telephone: (305) 960-2253<br>Facsimile: (305) 402-0544<br>JJFannin@duanemorris.com<br>PNMendoza@duanemorris.com<br>JMagarin@duanemorris.com<br>*Attorneys for Defendant* |